ROBERT J. CUNA, PETITIONER-PETITIONER, v. BOARD OF
FIRE COMMISSIONERS, AVENEL, N. J., RESPONDENT-
RESPONDENT.

See same case below: 79 *N. J. Super.* 264.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Alfred J. Hill*
for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Louis
J. Douglass* for the respondent.

September 16, 1963.   Granted.

ANTHONY L. CESARE, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. NICHOLAS TUSO, DEFENDANT-PETITIONER.

*Messrs. Bleakly, Stockwell & Zink* for the petitioner.

*Messrs. Shapiro, Brotman & Eisenstat* and *Mr. David L.
Horuvitz* for the respondents.

September 16, 1963.   Denied.